Judge:     Marc L. Barreca
Chapter:   13

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JAMI LOU WAHL,

                    Debtor.

IN CHAPTER 13 PROCEEDING
NO. 23-10829-MLB

TRUSTEE'S REPORT OF UNCLAIMED
FUNDS TURNOVER

    Pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3011, the Trustee reports the
following unclaimed funds that are being paid into the United States Bankruptcy Court for the
Western District of Washington:

Jami Lou Wahl                          Check Number:   3526053
20515 86th Ave SE                      Amount:         $495.50
Snohomish, WA 98296

Dated: May 21, 2024                    /s/  Jason Wilson-Aguilar
                                       Jason Wilson-Aguilar
                                       Chapter 13 Trustee
                                       WSBA #33582

TRUSTEE'S REPORT OF UNCLAIMED FUNDS
TURNOVER

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124